United States District Court
Southern District of Texas
FILED

MAY 0 6 2002

Michael N. Milby
Clerk of Court

AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District SOUTHERN DISTRICT OF TEXAS | |
|---|---|---|
| Name of Movant DORA CRUZ GONZALES | Prisoner No. 83314-079 | Case No. 1:98CR00527-001 |

Place of Confinement
FCI TALLAHASSEE, 501 CAPITAL CIRCLE N.E., TALLAHASSEE, FLORIDA 32301

UNITED STATES OF AMERICA      v.      DORA CRUZ GONZALES
(name under which convicted)

MOTION      B-02-89

1. Name and location of court which entered the judgment of conviction under attack  UNITED STATES COURT HOUSE, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE, TEXAS 78522-2299

2. Date of judgment of conviction  MAY 4, 2001

3. Length of sentence  87 MONTHS = 7 YEARS & 3 MONTHS

4. Nature of offense involved (all counts)  COUNT I : BOND JUMPING; FAILURE TO APPEAR, [ 18 U.S.C. §3146 (a) and 3146 (b)(1)(A)(i)]    COUNT II : POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA, [21 U.S.C. §§ 841(a)(1), 841 (b)(1)(B), and 18 U.S.C. §2]

5. What was your plea? (Check one)
   (a) Not guilty   ☐
   (b) Guilty   ☒
   (c) Nolo contendere   ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   NA

6. If you pleaded not guilty, what kind of trial did you have? (Check one)  NA
   (a) Jury   ☐
   (b) Judge only   ☐

7. Did you testify at the trial?  NA
   Yes ☐  No ☐

8. Did you appeal from the judgment of conviction?  NA
   Yes ☐  No ☐

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __NA__

   (b) Result __NA__

   (c) Date of result __NA__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court __NA__

      (2) Nature of proceeding __NA__

      (3) Grounds raised __NA__

      (4) Did you receive an evidentiary hearing on your petition, application or motion? NA
         Yes ☐ No ☐

      (5) Result __NA__

      (6) Date of result __NA__

   (b) As to any second petition, application or motion give the same information:

      (1) Name of court __NA__

      (2) Nature of proceeding __NA__

      (3) Grounds raised __NA__

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion? NA
Yes ☐ No ☐

(5) Result NA

(6) Date of result NA

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion? NA
(1) First petition, etc.    Yes ☐ No ☐
(2) Second petition, etc.   Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

Defendant did not appeal because (1) Attorney never did go to see defendant, even after her pleading and calling him to visit her to discuss matters further, and (2) Attorney told defendant that she would receive more time than the 87 months she received if she even thought about appealing. Attorney replied that defendant did not stand a chance of appealing.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __INEFFECTIVE ASSISTANCE OF COUNSEL:__

Supporting FACTS (state *briefly* without citing cases or law) __COUNSEL FAILED TO INVESTIGATE THIS CASE, AND DEFENDANT DID NOT SEE HER PLEA AGREEMENT OR INDICTMENT, AND STILL HAS NOT SEEN THEM. COUNSEL FAILED TO ADVISE DEFENDANT OF THE TOTAL AMOUNT OF DRUGS THAT COULD BE ATTRIBUTED TO HER EVEN THOUGH SHE TOOK A PLEA AGREEMENT. COUNSEL FAILED TO OBJECT TO THE FALSE STATEMENTS AND ALLOWED THE COURT TO SENTENCE HER UNDER FALSE ACCUSATIONS.__

B. Ground two: __FAILURE TO ARGUE 5 POINT REDUCTION:__

Supporting FACTS (state *briefly* without citing cases or law): __ATTORNEY FAILED TO ARGUE FOR DEFENDANT'S REDUCTION OF 2 POINTS FOR DRUG COURIER, AND 1 POINT FOR HER SAVING THE GOVERNMENT THE TIME OF PREPARING FOR TRIAL. ATTORNEY FAILED TO ARGUE FOR CORRECT BASE OFFENSE LEVEL WITH THE PROPER REDUCTIONS. DEFENDANT BELIEVES HER SENTENCE WAS BASED ON ERRONEOUS CALCULATION OF RELEVANT CONDUCT. (SEE ADDENDUM ATTACHED)....__

C. Ground three: __FAILURE TO RUN SENTENCES CONCURRENT:__

Supporting FACTS (state *briefly* without citing cases or law): __COUNT I, BOND JUMPING, WAS, ACCORDING TO THE RECOMMENDATIONS AND THE JUDGE, THE 27 MONTHS WAS TO RUN CONCURRENT WITH COUNT II, HOWEVER, THEY ARE RUNNING CONSECUTIVE, WHICH IS WRONG. DEFENDANT RECEIVED 2 POINTS FOR OBSTRUCTION OF JUSTICE, AND STILL SERVING 27 MONTHS FOR THE SAME CHARGE, WHICH IS DOUBLE COUNTING,__

## ADDENDUM TO GROUND B:

DEFENDANT WOULD ALSO LIKE TO ADD THAT THE 2 POINTS FOR MANAGER/ORGANIZER ROLE WAS IN ERROR ALSO. SHE BELIEVES THAT THE GOVERNMENT DID NOT PRESENT SUFFICIENT EVIDENCE THAT SHE WAS AN ORGANIZER/MANAGER. THE GOVERNMENT MUST PROVE FIVE STATUTORY ELEMENTS TO SUSTAIN A CCE CONVICTION, AND ACCORDING TO THOSE STATUTORY ELEMENTS, THE GOVERNMENT ONLY PROVED THE FIRST ONE THAT INCLUDES A FELONY IN VIOLATION OF A FEDERAL NARCOTICS LAW WAS VIOLATED. THE DEFENDANT SHOULD NOT BE CONSIDERED A ORGANIZER/MANAGER WHEN SHE WAS IN FACT TAKING ORDERS FROM OTHER PEOPLE, AND SHE WAS INDICTED ALONE IN THIS INSTANT CASE, IN WHICH, SHE CONCLUDES THE 2 POINTS FOR THE MANAGER ROLE IS IN ERROR ON HER BEHALF.

AO 243 (Rev. 5/85)

OR LIKE DOUBLE JEOPARDY. BEING CHARGED TWICE AND SERVING DOUBLE THE CONSEQUENCES FOR THE SAME CRIME.

D. Ground four: WRONG BASE OFFENSE LEVEL USED:

Supporting FACTS (state *briefly* without citing cases or law): DEFENDANT TOOK A PLEA FOR AT LEAST 100 KILOS BUT LESS THAN 400 KILOS, BUT WAS SENTENCED TO 567.2 KILOS AND DEFENDANT SHOULD HAVE HAD A BEGINNING BASE OFFENSE LEVEL OF 26 NOT 28. DEFENDANT FEELS HER SENTENCE IS WRONG, AND SHOULD BE CORRECTED DUE TO THE ERRONEOUS CALCULATION ON THE PROBATION OFFICER'S AND THE GOVERNMENT'S PART.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: 

NA

14. Do you have any petition or appeal now pending in any court as to the judgment under attack? NA
    Yes ☐ No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a) At preliminary hearing  JOE VALLE, 1120 E. 10th STREET
   BROWNSVILLE, TEXAS 78520

   (b) At arraignment and plea  SAME

   (c) At trial  NA

   (d) At sentencing  SAME

AO 243 (Rev. 5/85)

    (e) On appeal __NA__

    (f) In any post-conviction proceeding __NA__

    (g) On appeal from any adverse ruling in a post-conviction proceeding __NA__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: __NA__

    (b) Give date and length of the above sentence: __NA__

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? NA
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

May 2, 2002
(date)

_____
Signature of Movant PRO-SE