2

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ TEXAS

DORA CRUZ GONZALES

Plaintiff

V.

UNITED STATES OF AMERICA

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: **B-02-89**

United States District Court
Southern District of Texas
FILED
MAY 21 2002
Michael N. Milby
Clerk of Court

I, _____ Dora Cruz Gonzales _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      ☒ Yes      ☐ No      (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Tallahassee Florida Correctional Institution_

   Are you employed at the institution? _Yes_   Do you receive any payment from the institution? _Yes_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?      ☐ Yes      ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Clothing Factory Matamoros Tamaulipas Mexico. 300-400 pesos a week. The name of my employer was Fransico Medrano.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                           ☒ Yes   ☐ No
   f. Any other sources                               ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

My friends send me money as holyday gifts. And also my children send me some money from there allowances.
I can not say that this persons are commited to give me any financial help, but they do it out of there own will.

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☒ Yes    ☐ No

   If "Yes," describe the property and state its value:

   I had a property that used to belong to me when I was still with my Ex husband. The value off it is around $85,000. He is still paying morgage payments on it.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

May 15, 2002                    _Dora Cruz Gonzales_
    Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

MAY 21 2002
MAIL Southern District of Texas RECEIVED

# Federal Bureau of Prisons
## TRUFACS
## Inmate Inquiry

Commissary History     Commissary Restrictions     Comments

**PRINT**

### General Information

| General Information | | | |
|---|---|---|---|
| Inmate Reg #: | 85314079 | Current Institution: | Tallahassee FCI |
| Inmate Name: | GONZALEZ, DORA CRUZ | Housing Unit: | A UNIT |
| Report Date: | 05/16/2002 | Living Quarters: | D01-004U |
| Report Time: | 11:55:14 AM | | |

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 3804 |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 12/31/2001 |
| Local Account Activation Date: | 4/26/2002 2:33:25 PM |
| Sort Codes: | |
| Last Account Update: | 5/13/2002 5:24:46 PM |
| Account Status: | Active |

### Account Balances

| | |
|---|---|
| Account Balance: | $80.85 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |

*Brenda Smith on 5-16-02*
*JL BB CSW AR*

Page 1 of 3

5/16/2002

## Commissary History

| | |
|---|---|
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $80.85 |
| National 6 Months Deposits: | $178.65 |
| National 6 Months Withdrawals: | $97.80 |
| National 6 Months Avg Daily Balance: | $56.68 |
| Local Max. Balance - Prev. 30 Days: | $100.60 |
| Indigent Status: | No |

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $0.00 |
| YTD Purchases: | $57.80 |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |
| Last Sales Date: | 4/30/2002 7:41:07 PM |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $290.00 |
| Expended Spending Limit: | $0.00 |

Remaining Spending Limit: $290.00

## Commissary Restrictions

**Spending Limit Restrictions**

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date:
Restriction End Date:

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

**Comments**

Comments:

## Comments

Comments: