UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

Dora Cruz Gonzales          *

VS                          *   C.A. NO. B-02-89

United States of America    *

United States District Court
Southern District of Texas
FILED

MAY 2 8 2002

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

MAY 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before July 22, 2002. Said response shall include the transcript of the trial/plea record.

This case is hereby set for an evidentiary hearing which will address the Petitioner's alleged request that his attorney file a notice of appeal on his behalf. Said evidentiary hearing will take place on August 1, 2002, at 2:30 p.m. in Judge Recio's Courtroom.

DONE at Brownsville, Texas, this 22nd day of May 2002.

Felix Recio
United States Magistrate Judge