DORA CRUZ GONZALES 83314-079
FEDERAL CORRECTIONAL INSTITUTION
501 CAPITAL CIRCLE N.E.
TALLAHASSEE, FLORIDA 32301

MAIL
United States District Court
Southern District of Texas
RECEIVED

JUN 1 0 2002
12:50 pm LA
Michael N. Milby, Clerk

June 5, 2002

SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION
CLERK OF THE COURT
600 E. HARRISON 101
BROWNSVILLE TEXAS 78520

United States District Court
Southern District of Texas
FILED

JUN 1 0 2002
Michael N. Milby
Clerk of Court

RE: CA.NO.B-02-89

On June 4, 2002, I received your court order dated May 30, 2002 advising an evidentiary hearing that will take place August 1, 2002 at 2:30pm.
Can you please advice me if I have to attend this hearing. I would also like the court to appoint me an attorney. Because I am indigent, and have no funds to pay the attorney of record, that represented me during the bench trial. Thank you in advance for your assistance in this matter.

Sincerely,

Dora Cruz Gonzales
Dora Cruz Gonzales