

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 13 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DORA CRUZ GONZALES | * | |
| VS | * | C.A. NO. B-02-089 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-98-527) |

## ORDER

The United States Attorney is hereby **ORDERED** to issue an administrative writ ad testificandum for the Petitioner to consult with her counsel on July 29, 2002, and for her presence at the evidentiary hearing on August 1, 2002, at 2:30 p.m.

The United States District Clerk is hereby **ORDERED** to summon Petitioner's trial counsel Joe Valle, 1120 E. 10th Street, Brownsville, Texas 78520.

DONE at Brownsville, Texas, on 12th day of June 2002.

_____
Felix Recio
United States Magistrate Judge