UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DORA CRUZ GONZALES | § | |
| | § | |
| v. | § | C.A. NO. B-02-089 |
| | § | (CR.NO. B-98-527) |
| UNITED STATES OF AMERICA | § | |

### APPLICATION FOR ADMINISTRATIVE WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE HONORABLE JUDGE OF SAID COURT:

NOW INTO COURT comes the United States of America through the undersigned Assistant United States Attorney and shows to this Honorable Court that the presence of **DORA CRUZ GONZALES, #83314-079** now confined in FCI TALLAHASSE, 501 CAPITAL CIRCLE N.E., TALLAHASSEE, FLORIDA 32301, is required in the Southern District of Texas, Brownsville Division, at Brownsville, Texas on the 29th day of July, 2001 at 2:30 p.m.

Petitioner further represents that the Warden, FCI TALLAHASSE, 501 CAPITAL CIRCLE N.E., TALLAHASSEE, FLORIDA 32301, will release the defendant into the custody of the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that **DORA CRUZ GONZALES** shall, following the final disposition of all proceedings in this Court, be returned by the said United States Marshal into the custody of the Warden, FCI TALLAHASSE, 501 CAPITAL CIRCLE N.E., TALLAHASSEE, FLORIDA 32301.

writ.adt

WHEREFORE, PREMISES CONSIDERED, petitioner prays the Court to issue an Administrative Writ of Habeas Corpus Ad Testificandum directing the United States Marshal to produce the body of the said defendant in Brownsville, Texas on the 29th day of July, 2002, at 2:30 p.m.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

MARK M. DOWD
Assistant United States Attorney
600 E. Harrison, Ste 201
Brownsville, Texas 78520-5106
State Bar No. 06070500
Federal I.D. No. 9314
(956) 548-2554/Fax (956) 548-2549