# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT COURT
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

DORA CRUZ GONZALES                    *

   VS                                 *    CIVIL ACTION NO. B-02-089
                                      *    (Criminal No. B-98-527)
UNITED STATES OF AMERICA              *



# O R D E R

TO THE CLERK OF THE UNITED STATES

DISTRICT CLERK OF THE UNITED STATES:

You are directed and ORDERED to issue a Writ of Habeas Corpus Ad

Testificandum as prayed for in the Petition set out above.

DONE at Brownsville, Texas, this 2nd day of July 2002.

_____
John Wm. Black
United States Magistrate Judge