UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 9 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DORA CRUZ GONZALES | * |
| | * |
| vs. | *   CIVIL ACTION No. B-02-089 |
| | *   (Criminal Case No. B-98-527) |
| UNITED STATES OF AMERICA | * |

### RESPONDENT'S UNOPPOSED MOTION FOR CONTINUANCE OF AUGUST 1, 2002 EVIDENTIARY HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, Respondent herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, respectfully requests the Court for a continuance of the August 1, 2002 evidentiary hearing in the above-entitled and numbered cause. In support of this request, Respondent seeks to continue the hearing because a necessary witness, Joe Valle, attorney at law, will be unable to appear at the August 1, 2002 hearing due to a conflict in his schedule requiring him to be out-of-town the week of July 29, 2002 (airline tickets have already been purchased).

The Respondent does not seek this extension to cause delay; the Respondent seeks this extension so that justice may be done.

### STATEMENT OF CONFERENCE

On July 19, 2002, the undersigned's paralegal, Melva Tamez, telephonically contacted Petitioner's counsel, Jeanette Mercado, to find out her position as to the filing of this motion for continuance. Ms. Mercado advised Ms. Tamez she was not opposed to the Respondent's motion for continuance.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant its request for a continuance of the August 1, 2002 evidentiary hearing to August 5, 2002.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

MARK M. DOWD
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, TX 78520
(956) 548-2554/Fax (956) 548-2711
State Bar No. 06070500
Federal I.D. No. 9314

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondent's Motion for Continuance of the August 1, 2002 Evidentiary Hearing was mailed via First-Class Mail to Jeanette Mercado, Attorney at Law, P.O. Box 53241, Harlingen, TX 78550 on this the <u>19th</u> day of <u>JULY,</u> 2002.

_____
MARK M. DOWD
Assistant United States Attorney