United States District Court
Southern District of Texas
FILED

JUL 19 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. B-02-089 |
|---|---|---|
| vs | * | CRIMINAL NO. B-98-527 |
| DORA CRUZ GONZALES | * | |

### WRIT OF HABEAS CORPUS TESTIFICANDUM

TO:   Warden; FCI Tallahassee, 501 Capital Circle NE, Tallahassee, Florida 32301

TO:   United States Marshal, Southern District of Texas, or any other authorized United States Marshal

GREETING:

We command that you have the body of DORA CRUZ GONZALES, Prisoner # 83314-079 now duly committed to the custody of the Warden, FCI Tallahassee, 501 Capital Circle NE, Tallahassee, Florida 32301, under safe and secure conduct before the United States District Court for the Southern District of Texas, Brownsville Division, at Brownsville, Texas, on the 29th day of July, 1995, at 8:30 a.m. to consult with her counsel and to be present at the Evidentiary Hearing scheduled on August 1, 2002 at 2:30 p.m. before the Honorable United States Magistrate Judge Felix Recio in the styled and numbered case: <u>Dora Cruz Gonzalez v. United States of America</u>; Civil Action No. B-02-089 now pending in said Court; and immediately after the said proceeding shall have been disposed of, that you return her to the said Warden; FCI Tallahassee, 501 Capital Circle NE, Tallahassee, Florida 32301, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable __John Wm. Black__, United States Magistrate Judge, United States District Court for the Southern District of Texas, and the seal of said Court at the City of Brownsville, Texas, on this __2nd__ day of July, 2002.

MICHAEL N. MILBY, Clerk
United States District Clerk
Southern District of Texas

_L. M. Villareal_
Deputy

07/03/02
Writ returned unexecuted due to the following. Wrong writ issued on federal prisoner. Writ USA-475 is needed when requesting a federal prisoner be produce in court. BOP will not honor this writ. Also, the year needs to be corrected.

Art Contreras, U.S. Marshal
By: _Albert Cemark, SDUSM_