UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DORA CRUZ GONZALES | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-02-089 |
| | * | (Criminal Case No. B-98-527) |
| UNITED STATES OF AMERICA | * | |

## ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION FOR CONTINUANCE OF AUGUST 1, 2002 HEARING

CAME ON to be heard the Respondent's motion for continuance of the August 1, 2002 hearing in the above-entitled and numbered cause and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the August 1, 2002 evidentiary hearing is continued to August 5, 2002 at 1:30 a.m./p.m..

DONE on this the 22nd day of July, 2002 in Brownsville, Texas.

FELIX RECIO
United States Magistrate Judge

3