AO 440 (Rev. 1/90) Summons in a Civil Action

**Joe Valle**

## RETURN OF SERVICE   CAB-02-89

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | July 26, 2002 |
| NAME OF SERVER (PRINT) | TITLE |
| Robert Aguilar | Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1120 E. 10Th Street, Brownsville, Tx 78521

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED

JUL 31 2002

Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| .68 | 45 00 | $45.68 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 26, 2002          Robert Aguilar
                Date                  Signature of Server

600 E. Harrison, Suite 1032, Brownsville, Tx 78521
Address of Server

   The summons was served on Joe Valle on July 26, 2002 at 11:25 a.m. Mr. Valle was served at the address listed on this summons. The summons was served by one DEputy U.S. Marshal and the roundtrip mileage was 2 miles.

[filed stamp: 02 JUL 31 PM 2:49  MICHAEL N. MILBY, CLERK]

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.