```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :   M Garcia
ERO                :   G Mendieta
DUSM               :   E Martinez
Law Clerk          :   R Byrd
Date               :   August 5, 2002 at 1:30 p.m.
----------------------------------------------------------------
CIVIL CASE NO. B-02-89
CR CASE NO. B-98-527
                                                    AUG 0 5 2002
Dora Cruz Gonzales            *      J Mercado
                              *                     Michael N. Milby
vs                            *                     Clerk of Court
                              *
United States of America      *      M Dowd
----------------------------------------------------------------
```

## EVIDENTIARY HEARING

J Mercado present with the Petitioner, D Gonzales;
M Dowd present for the Government;

J Mercado makes an oral motion for continuance of this hearing to be able to review
 the sentencing transcript and other documents; J Mercado further states the re-arraignment
  transcript has not been received; J Mercado requests a 14 day extension;

The Court states the transcript is in the Courts file and the Court will provide a copy
to both    counsel;

Government does not oppose continuance and further states their wish to subpoena Mr Stapleton,
 who has not been able to be reached;

The Court resets this hearing for 08/19/02 at 2:00 p.m.;

The Court inquires if Mr Valle can be released for all purposes;

J Mercado states she  is w/drawing the issue of D Gonzales not having seen the Plea Agreement;
 W/drawing the issue of not seeing the Indictment; W/drawing the allegation that Mr
Valle failed   to argue reduction of time for her early plea; and w/drawing the
reference of C.C.E.;
J Mercado further states Mr Valle's presence is still required;

The Court gives Mr Valle oral notice of the resetting in this case;

Petitioner remanded to the custody of USM;

Court adjourned.