*15*

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**AUG 1 3 2002**

Michael N. Milby
Clerk of Court

DORA CRUZ GONZALES       *

vs                              *     CIVIL ACTION NO. B02–089

UNITED STATES OF AMERICA    *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## EVIDENTIARY HEARING

**August 27, 2002, 2:00 P.M.**
(reset from 08/19/02)

### BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:      U.S. Federal Building & Courthouse
             600 E. Harrison, 2nd Floor
             Brownsville, TX 78520

**BY ORDER OF THE COURT**

August 13, 2002

cc:     Counsel of Record
        And U.S. Marshal