```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :   M Garcia
Court Reporter     :   Schwab
CSO                :   Canet
Law Clerk          :   A Yanez
Interpreter        :   S Cortez, present not needed
Date               :   August 27, 2002 at 02:30 p.m.
```

**United States District Court, Southern District of Texas — FILED AUG 2 7 2002 — Michael N. Milby, Clerk of Court**

CIVIL CASE NO. B-02-89 (HGT)
            (CR. B-98-527)

Dora Cruz Gonzales                *        Jeanette Mercado, Aptd
                                  *
vs                                *
                                  *
United States of America          *        Mark Dowd,  AUSA

## EVIDENTIARY HEARING

Jeanette Mercado present with Dora Cruz Gonzalez;
Mark Dowd present for the Government;

The Court announces that Mr Stapleton has been delayed at the airport and is running late; (initial attorney at the plea);
The Court further states Mr Valle (attorney at the sentencing) has been excused;

J Mercado states she will be withdrawing her 2255 and states the facts of the case;
Atty Mercado states on the record that her client had a lack of information when going into the plea;

The Court addresses Dora Cruz Gonzales; Ms Gonzales states her desire to withdraw her 2255;

The Court will prepare an order to that effect and will send it to Judge Tagle for her signature;

Court adjourned.