UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DORA CRUZ GONZALES | * | |
| VS | * | C.A. NO. B-02-089 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-98-527) |

## ORDER

Petitioner DORA CRUZ GONZALES has filed a 28 U.S.C. § 2255 Petition. On the 27th day of August 2002, at an evidentiary hearing before United States Magistrate Judge Felix Recio, Petitioner moved to withdraw her § 2255 Motion. There being no opposition, it is therefore ORDERED that Petitioner's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 is hereby DISMISSED WITH PREJUDICE.

DONE at Brownsville, Texas, this _4_ day of _September_, 2002.

Hilda G. Tagle
United States District Judge